# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GUSTAVO AROAMDA CUMPLIDO,

    Petitioner,

vs.

JACKIE CRAWFORD, *et al.*,

    Respondents.

2:07-cv-0580-PMP-PAL

**ORDER**

This action is a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed August 31, 2010, the Court determined that Grounds 1 and 13(b) of the petition are exhausted, and that all other claims in the federal petition were not exhausted in state court. (Docket #34). Petitioner has filed a notice of abandonment of the unexhausted claims and notice to proceed with the two exhausted claims, Grounds 1 and 13(b) of the petition. (Docket #35).

**IT IS THEREFORE ORDERED** that, within **thirty (30) days** from the date of this order, respondents **SHALL FILE** an answer to petitioner's remaining grounds for relief. The answer shall address the substantive merits of the two remaining grounds for relief. In filing an answer, respondents shall comply with Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.

///

///

///

**IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** following service of respondents' answer in which to file a reply.

DATED:  September 22, 2010.

_____
PHILIP M. PRO
United States District Judge